UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY F. MAJORS,

      Plaintiff

v.                                          CASE NO.: 6:16-cv-01467-GAP-GJK

VISTA CLINICAL DIAGNOSTICS, LLC
and DAVIAN SAMUEL SANTANA,

      Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Defendants anticipate filing a counterclaim and possibly a third party complaint (against Jeffrey Cannon and certain Timothy Majors entities) and that the following cases appear to have some relationship to the counterclaim.

| |
|---|
| *GAHC3 Mount Dora FL MOB II, LLC v. Hobart Investments, LLC*, a Florida liability company, *Timothy F. Majors,* an individual, *Orange Ave Consulting, LLC* a Florida limited liability company and *Jeffrey G. Cannon,* an individual, Circuit Court, Orange County, Florida, Case No.: 2016-CA-004747-O, Div. 34. |
| *GAHC3 Mount Dora FL MOB II, LLC v. Vista Clinical Diagnostics, Inc.,* Circuit Court, Orange County, Florida, Case No.: 2016-CA-005352-O, Div. 37 |

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

/s/ *Douglas B. Brown*
**DOUGLAS B. BROWN**
Florida Bar No. 0242527
dbrown@rumberger.com  (Primary)
docketingorlando@rumberger.com and
dbrownsecy@rumberger.com (Secondary)
**DANIEL J. GERBER**
Florida Bar No.: 0764957
dgerber@rumberger.com (Primary)
dgerbersecy@rumberger.com (Secondary)
**SUZANNE BARTO HILL**
Florida Bar No.: 0846694
shill@rumberger.com (Primary)
shillsecy@rumberger.com (Secondary)
**SAMANTHA C. DUKE**
Florida Bar No.: 0091403
sduke@rumberger.com (Primary)
sdukesecy@rumberger.com (Secondary)
**RUMBERGER, KIRK & CALDWELL, P.A.**
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

**DARREN K. MCCARTNEY**
Florida Bar No. 0011616
Darren@waltersmccartney.com
**CHAD A. WALTERS**
Florida Bar No.: 122696
chad@waltersmccartney.com
**WALTERS MCCARTNEY, PLLC**
222 W. Comstock Avenue, Suite 208
Winter Park, Florida 32780
Telephone: (407) 702-6635
Telecopier: (407) 629-1051

Attorneys for Defendants
Vista Clinical Diagnostics, LLC and
Davian Santana

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 16, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Roman V. Hammes Esq., Roman V. Hammes, P.L. at roman@romanvhammes.com and Michael A. Nardella, Esq. Nardella & Nardella, PLLC at mnardella@nardellalaw.com.

/s/ *Douglas B. Brown*
**DOUGLAS B. BROWN**
Florida Bar No. 0242527
dbrown@rumberger.com (Primary)
docketingorlando@rumberger.com and
dbrownsecy@rumberger.com (Secondary)
**DANIEL J. GERBER**
Florida Bar No.: 0764957
dgerber@rumberger.com (Primary)
dgerbersecy@rumberger.com (Secondary)
**SUZANNE BARTO HILL**
Florida Bar No.: 0846694
shill@rumberger.com (Primary)
shillsecy@rumberger.com (Secondary)
**SAMANTHA C. DUKE**
Florida Bar No.: 0091403
sduke@rumberger.com (Primary)
sdukesecy@rumberger.com (Secondary)
**RUMBERGER, KIRK & CALDWELL, P.A.**
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

**DARREN K. MCCARTNEY**
Florida Bar No. 0011616
Darren@waltersmccartney.com
**CHAD A. WALTERS**
Florida Bar No.: 122696
chad@waltersmccartney.com
**WALTERS MCCARTNEY, PLLC**
222 W. Comstock Avenue, Suite 208
Winter Park, Florida 32780
Telephone: (407) 702-6635
Telecopier: (407) 629-1051

Attorneys for Defendants
Vista Clinical Diagnostics, LLC and
Davian Santana

9460868.1